[No. 9,370.  Department One. — May 29, 1884.]

CALIFORNIA SOUTHERN RAILROAD COMPANY, RESPONDENT, v. SOUTHERN PACIFIC RAILROAD COMPANY, APPELLANT.

EMINENT DOMAIN — APPEAL — ORDER REFUSING TO SET ASIDE CONDEMNATION PROCEEDINGS. — No appeal can be taken from an order refusing to set aside a final order for the condemnation of lands. The appeal should be taken from the original decision.

APPEAL from an order of the Superior Court of the county of San Diego.

The facts sufficiently appear in the opinion of the court.

*A. B. Hotchkiss*, for Appellant.

*M. A. Luce*, for Respondent.

The COURT. — This is an appeal from an order denying a motion made by the defendant to set aside the final order of condemnation, made in certain condemnation proceedings. The order denying the motion is not appealable. "It was," as said in *Henley* v. *Hastings*, 3 Cal. 342, "the mere negative action of the court declining to disturb its first decision. It is that decision which is the proper subject of complaint, and the refusal to alter it any number of times would not make it less so."

The appeal is dismissed.